**Order entered January 26, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01322-CV

### IN THE INTEREST OF B.M.B. AND K.A.B., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

### ORDER

Before the Court is appellant's January 25, 2023 unopposed emergency motion asking this Court to reconsider its January 17, 2023 order regarding the sealing of records. We **GRANT** the motion **to the extent** that we **ORDER** all briefs be filed under seal.

Also before the Court is appellant's January 25, 2023 unopposed motion for an extension of time to file his opening brief. We **GRANT** the motion and extend the time to **February 16, 2023**.

/s/    DENNISE GARCIA
       JUSTICE